Lena LANE v. STATE. (No. 12216.) Court of Criminal Appeals of Texas. Oct. 17, 1928. J. J. Collins, of Lufkin, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for two years. No statement of facts or bills of exception appear in the record. No question is presented for review. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined

by the judges of the Court of Criminal Appeals and approved by the court.